■ JOHN A. LAWRENCE, Respondent, v HERTZ CORP., Doing Business as HERTZ RENT-A-CAR, et al., Appellants.—Order of the Supreme Court, Kings County, dated May 8, 1979, affirmed, with $50 costs and disbursements, upon the memorandum of Mr. Justice Feiden at Special Term. Mollen, P. J., Titone, Mangano and Gibbons, JJ., concur.